# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

GERONIMO REGALADO**,**

      Plaintiff,

                              CIVIL NO. 10-1246 MCA/LFG
                              Consol. with CIVIL 11-316 MCA/LFG

CHRIS FRENTZEL, ADOLPH
CHAVEZ, FNU BEBE, and THE
INTERNATIONAL BROTHERHOOD
OF ELECTRICAL WORKERS LOCAL 611,

      Defendants.

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS MATTER** comes before the Court on the Magistrate Judge's *Report and Recommendation that Consolidated Cases be Dismissed without Prejudice* [Doc. 61], filed November 21, 2011. Objections were due within 14 days of service of the report and recommendation, [see id. at 1 n.1], but none were filed.

Pursuant to the "firm waiver" rule to which the Tenth Circuit subscribes, a party who fails to object to a magistrate judge's findings and recommendations in a timely manner waives appellate review of both factual and legal questions. See Wirsching v. Colorado, 360 F.3d 1191, 1197 (10th Cir. 2004). Thus, absent objections, appellate review is not permitted.

**IT IS, THEREFORE, ORDERED** that the Magistrate Judge's *Report and Recommendation that Consolidated Cases be Dismissed without Prejudice* [Doc. 61] is hereby adopted by the Court;

**IT IS FURTHER ORDERED** that this cause be and hereby is **DISMISSED** without **PREJUDICE**.

SO ORDERED this 12th day of December, 2011, in Albuquerque, New Mexico.

M. Christina Armijo
United States District Judge